EDMUND G. CHAPMAN, Respondent, *v.* ROBAH ALICE LA DOW, as Executrix of CHARLES LA DOW, Deceased, Appellant, Impleaded with Another.

*Chapman* v. *La Dow*, 103 App. Div. 598, affirmed.
(Argued March 28, 1906; decided April 17, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 10, 1905, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*J. Newton Fiero* for appellant.

*Samuel S. Hatt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J. Not sitting: CHASE, J.

---

ELISE M. JEWETT, Respondent, *v.* MELINDA P. SCHMIDT et al., Appellants, and FRITZ LEOPOLD SCHMIDT, JR., et al., Respondents.

*Jewett* v. *Schmidt*, 108 App. Div. 322, affirmed.
(Argued March 28, 1906; decided April 17, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 23, 1905, affirming a final judgment of Special Term in an action for the construction of the will of George Parbury Pollen, deceased, and for an accounting.

*Barclay E. V. McCarty* for appellants.

*Thomas J. Falls* for plaintiff, respondent.

*Walter Carroll Low* and *R. Dickinson Jewett* for defendants, respondents.

Judgment affirmed, with costs; no opinion.
Concur: EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. CULLEN, Ch. J., and GRAY, J., dissent on the ground that there was no trust created by the provisions of the will. Absent: O'BRIEN, J.